Steven L. REED, Appellant,

v.

CHOICE HOTEL INTERNATIONAL, doing business as Clarion Hotel; City of Springfield, Missouri; Muhammed Salam, individually and in official capacity; Springfield, MO Police Department; Steve Stepp; John Does; Jane Does; Gail Ann Campbell, Appellees.

No. 09–1351.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 13, 2010.

Filed: Jan. 19, 2010.

Steven L. Reed, Springfield, MO, for Appellant.

John G. Schultz, Franke & Schultz, Kansas City, MO, Warren S. Stafford, Taylor & Stafford, Thomas E. Rykowski, Daniel R. Wichmer, Carl Stephen Yendes, City of Springfield City Attorney's Office, William Craig Hosmer, Hosmer & King, John Housley, Lowther & Johnson, Springfield, MO, for Appellees.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

In this civil rights action, Steven Reed appeals the District Court's [1] dismissal of his claims against Choice Hotel International and the Court's grant of summary judgment in favor of the City of Springfield, Missouri.[2] After careful de novo review, see Schaaf v. Residential Funding Corp., 517 F.3d 544, 549 (8th Cir.), cert. denied, —— U.S. ——, 129 S.Ct. 222, 172 L.Ed.2d 142 (2008); Anderson v. Larson, 327 F.3d 762, 767 (8th Cir.2003), we affirm, see 8th Cir. R. 47B. We dismiss all pending motions as moot.

---

1. The Honorable Sarah W. Hays, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

2. Reed has waived any challenge that he may have to the dismissals of defendants Muhammed Salam, the Springfield Police Department, Steve Stepp, John Does, Jane Does, and Gail Ann Campbell. See Pritchett v. Cottrell, Inc., 512 F.3d 1057, 1059 n. 2 (8th Cir. 2008) (noting that points not meaningfully argued in an opening brief are waived).